# J. MICHAEL SUNDE
4790 Caughlin Pkwy. #119
Reno, Nevada 89519
(775) 787-8270
Facsimile (775) 787-8272

December 19, 2012

Mr. Lance S. Wilson
United States District Court
Office of the Clerk
400 South Virginia Street #301
Reno, Nevada 89501



RE:   Case No. 3:12-cv-00416, Department 4

Dear Mr. Wilson:

   Pursuant to Local Rule 7-6 we wish to advise the Court that Washoe County's Motion to dismiss has been fully briefed more than 60 days ago, but no decision has yet been made.  We also should point out that the Individual Defendants' Motion to Dismiss will be 60 days old from completion of briefing on December 22, 2012.

   We desire written rulings as soon as possible for both above-referenced motions.

Sincerely,

J. MICHAEL SUNDE